# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Gerardo Alfredo Rosales-Peralta,<br>a.k.a: Gerardo-Alfredo, Rosales<br>(A206 274 459)<br>*Defendant* | )<br>)<br>) Case No. 17-481 MJ<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about October 23, 2017, in the County of Pinal, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Gerardo Alfredo Rosales-Peralta, an alien, was found in the United States of America, at or near Casa Grande, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States, at or near Alexandria, Louisiana, on or about July 8, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

I further state that I am a Border Patrol agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: AUSA Natalie B. Huddleston for AUSA Kathy J. Lemke

☒ Continued on the attached sheet.

*Complainant's signature*
Albert A. Martinez
U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 25, 2017

*Judge's signature*

City and state: Phoenix, Arizona

Michelle H. Burns
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Albert A. Martinez, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 23, 2017, Border Patrol Agent Sulli and Border Patrol Agent Schwenkhoff encountered an individual near Casa Grande, in the District of Arizona. The agents identified themselves as Border Patrol agents and performed an immigration inspection on the individual. The individual, later identified as Gerardo Alfredo Rosales-Peralta, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Rosales-Peralta was transported to the Casa Grande Border Patrol Station for further processing. Rosales-Peralta was held in administrative custody until his identity could be confirmed along with his immigration and criminal history.

3. Immigration history checks revealed Gerardo Alfredo Rosales-Peralta to be a citizen of Honduras and a previously deported alien. Rosales-Peralta was removed from the United States to Honduras through Alexandria, Louisiana, on or about July 8, 2016, pursuant to a removal order issued by an immigration official. There is no record of

Gerardo Alfredo Rosales-Peralta in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Rosales-Peralta's immigration history was matched to him by electronic fingerprint comparison.

4. On October 24, 2017, Gerardo Alfredo Rosales-Peralta was advised of his constitutional rights. Rosales-Peralta stated that he acknowledged his rights and declined to make a statement under oath without a lawyer present.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about October 23, 2017, Gerardo Alfredo Rosales-Peralta, an alien, was found in the United States of America, at or near Casa Grande, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the

///
///
///
///
///
///
///

United States at or near Alexandria, Louisiana, on or about July 8, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____
Albert A. Martinez
U.S. Border Patrol Agent

Sworn to and subscribed before me
this 25th day of October.

_____
Michelle H. Burns
United States Magistrate Judge